IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCIANO RAMIREZ-SALAZAR,

      Plaintiff,                    No. 2: 12-cv-0764 KJN P

    vs.

DAVID DERKSEN,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff is a federal prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 31, 2012, this action was dismissed. On June 11, 2012, plaintiff filed a notice of appeal.

        On June 18, 2012, the Ninth Circuit Court of Appeal directed the court to determine whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. For the reasons stated in the May 31, 2012 order, the court finds that the appeal is frivolous. For that reason, in forma pauperis status for appeal is revoked.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's in forma pauperis status for appeal is revoked because the appeal is frivolous;

////

1

1        2.  The Clerk of the Court shall serve this order on the Ninth Circuit Court of

2  Appeals.

3  DATED: June 20, 2012

 

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

7  ram764.app