IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCIANO RAMIREZ-SALAZAR,

    Plaintiff,                      No. 2:12-cv-0764 KJN P

    vs.

DAVID DERKSEN,

    Defendant.                    ORDER

_____/

LUCIANO RAMIREZ-SALAZAR,

    Plaintiff,                      No. 2:13-cv-0152 LKK DAD P

    vs.

ROBIN R. TAYLOR, et al.,

    Defendants.               ORDER

_____/

      The court has received the Notice of Related Cases concerning the above-captioned cases filed February 4, 2013.  See Local Rule 123, E.D. Cal. (1997).  The court has, however, determined that it is inappropriate to relate No. 2:13-0152 LKK DAD P to No. 2:12-cv-0764, and it therefore declines to do so.

////

1       IT IS SO ORDERED.

2 DATED: March 8, 2013

3

4

5                               KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

6 sal764.rel